

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2018

No. 04-18-00372-CR

Aundrea Edward **MATHIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 9, Bexar County, Texas
Trial Court No. 555225
Honorable Walden Shelton, Judge Presiding

# O R D E R

    We **order** court reporter Maria Fattahi to file the record of the hearing held April 23, 2018 in this case. The record is due **August 24, 2018**. We **order** appellant's brief due thirty days after the supplemental reporter's record is filed.

_____
Luz Elena D. Chapa, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of August, 2018.

_____
Keith E. Hottle
Clerk of Court